In the Matter of THE CARLETON COMPANY, INC., Respondent, against OTTAR R. OIGARDEN et al., Appellants.

In the Matter of THE CARLETON COMPANY, INC., Respondent against GUSTAV THEODORSEN et al., Appellants.

(Submitted March 2, 1934; decided March 20, 1934.)

*Horace G. Marks* and *George Bokat* for appellants.

*John F. Collins, Harry Merwin* and *Arthur J. Carleton* for respondent.

Orders affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.   Not sitting: KELLOGG, J.